# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>v.<br>SALIM ESCHO,<br><br>                       Defendant. | Case No.: 18cr1401 JM<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On June 1, 2018, Defendant Salim Escho filed a motion to dismiss the indictment along with his opposition to the government's motion to exclude time. (Doc. No. 27.) The court sets the following briefing schedule:

    A response by the United States is due June 8, 2018;

    Defendant's reply is due June 12, 2018.

    IT IS SO ORDERED.

DATED: June 4, 2018

                                              JEFFREY T. MILLER
                                              United States District Judge